RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 1/4/07

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE-OPELOUSAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 06-60022-001 |
| VERSUS | * | JUDGE HAIK |
| BERND JOHANN THOMANN | * | MAGISTRATE JUDGE METHVIN |

### ORDER

CONSIDERING THE FOREGOING, the Government's Motion Pursuant to U.S.S.G. § 3E1.1(b)(2) Requesting that Defendant Receive an Additional One Level Offense Level Decrease is GRANTED.

THUS DONE AND SIGNED this 3rd day of January, 2007, at Lafayette, Louisiana.

RICHARD T. HAIK
CHIEF UNITED STATES DISTRICT JUDGE